ACCEPTED
12-15-00224-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
11/2/2015 12:00:00 AM
Pam Estes
CLERK

## NO.   12-15-00224-CR

| | | | |
|---|---|---|---|
| **FREDRICK HARRIS STRALOW** | § | **IN THE** | RECEIVED IN<br>12th COURT OF APPEALS<br>TYLER, TEXAS |
| | § | | |
| **VS.** | § | **TWELFTH COURT** | 10/31/2015 3:33:19 PM<br>PAM ESTES<br>Clerk |
| | § | | |
| **THE STATE OF TEXAS** | § | **OF APPEALS** | |

### MOTION TO AMEND APPELLANT'S B[RIEF]

### TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes Fredrick Harris Stralow, Appellant in t[he above] numbered cause, and moves this Court to grant this Motion to Amend Appellant's Brief pursuant to Rule 38.7 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.     This case is on appeal from the County Court at Law Number 2 of Henderson County, Texas.

2.     Appellant's Appeal Brief was e-filed with the Twelfth Court of Appeals on October 29, 2015.

3.     Upon review of Appellant's Appeal Brief, Appellant's attorney discovered a critical citation misnomer *i.e.* the Jackson case was cited incorrectly. The Appeal Brief currently cites *Jackson v. Washington*, 443U.S.307; 99S.Ct. 281. However, the proper citation is *Jackson v. Virginia*, 443 U.S. 307; 99 S.Ct. 2781.

4.     Therefore, Appellant respectfully requests to file his Amended Appeal Brief containing the above stated correction, for the Twelfth Court of Appeals

consideration in lieu of original Appeal Brief.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion To Amend Appellant's Brief and accept the Amended Appeal Brief in lieu of the original Appeal Brief previously filed.

Respectfully submitted,

Altier Law Offices
1527 E. Fifth St.
Tyler, Texas   75701
tel: 903-595-4232
fax: 903-595-0031

By: */s/ Linda A. Altier*
      Linda A. Altier
      State Bar No. 00783541
      Attorney for Fredrick Harris Stralow

## CERTIFICATE OF SERVICE

This is to certify that on October 30, 2015, a true and correct copy of the above and foregoing document was served on the Henderson County Attorney's Office, by fax to 903-675-6192.

*/s/ Linda A. Altier*
Linda A. Altier